DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

DALTON COOK,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-2705
_____

September 6, 2023

Appeal from the Circuit Court for Manatee County; Lon Arend, Judge.

Howard L. Dimmig, II, Public Defender and Emily Ross-Booker, Special Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee and Lydon W. Schultz, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

KELLY, MORRIS, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.